UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VEGGIFRUIT, INC.,**

      **Plaintiff,**

v.                                             **Case No:  6:13-cv-864-Orl-31DAB**

**ALL-POINTS PRODUCE, INC., QUENTIN C.
MCMILLAN, PATTI ANN MCMILLAN,
MICHAEL V. MCCRANIE,**

      **Defendants.**

_____/

**ORDER**

This matter comes before the Court *sua sponte*.  Local Rule 1.02(c) requires that all civil proceedings be instituted "in that Division encompassing the county or counties having the greatest nexus with the cause, giving due regard to the place where the claim arose and the residence or principal place of business of the parties."  According to the Complaint, the Plaintiff has its principal place of business in Clermont.  (Doc. 1 at 1).  The Complaint does not set forth any other connection between this case and the Orlando Division of the Middle District of Florida.  Clermont is located in Lake County, which is encompassed by the Ocala Division of the

Middle District of Florida rather than the Orlando Division.  L.R. 102(b)(2). Accordingly, it is hereby

**ORDERED** that the Clerk shall transfer this case to the Ocala Division of the United States District Court for the Middle District of Florida.

**DONE** and **ORDERED** in Orlando, Florida on June 6, 2013.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties